**Order Filed on June 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re:<br><br>**SHANITA M. HOPKINS,**<br><br>Debtor. |
|---|

Case No.:       26-12794

Chapter:       13

Judge:       John K. Sherwood

## ORDER RE: DEBTOR'S MOTION FOR A STAY PENDING APPEAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: June 26, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Shanita M. Hopkins
Case No.:      26-12794
Caption:       Order Re: Debtor's Motion for a Stay Pending Appeal

---

**WHEREAS:**

1. The *pro se* Debtor, Shanita M. Hopkins (the "Debtor"), filed this Chapter 13 bankruptcy case on March 13, 2026.

2. The Debtor's real property located at 162 Neptune Avenue, Jersey City, New Jersey 07305 (the "Property"), was sold at a foreclosure auction on March 5, 2026, to 162 Neptune Ave, LLC (the "Buyer"). The Debtor did not redeem the Property during the enlarged 60-day redemption period per 11 U.S.C. Section 108(b)(2).

3. The Debtor filed a Motion to Enforce the Automatic Stay and to Restrain the Delivery and Recording of the Sheriff's Deed, to which the Buyer filed a cross-motion for retroactive stay relief effective May 14, 2026. [ECF Nos. 27 and 32].

4. The Court denied the Debtor's motion and granted the Buyer's cross-motion. [ECF No. 41].

5. The Debtor filed a Motion for a Stay Pending Appeal and a Notice of Appeal. [ECF Nos. 46 and 50]. The Buyer opposed the requested stay. [ECF No. 59]. The Court heard arguments from all parties at the hearing conducted on June 25, 2026.

**THEREFORE, IT IS ORDERED** that the Debtor's Motion is **DENIED** for the reasons set forth on the record at the hearing.

**IT IS FURTHER ORDERED** that the Buyer may commence eviction proceedings provided that the Debtor shall not be evicted from the Property for 14 days from the entry of this Order.